### 10040. RIDLEY et al. v. THE STATE.

BLOODWORTH, J. 1. There is no merit in the special grounds of the motion for a new trial.

2. There is evidence authorizing the verdict, no error of law appears, and the finding of the jury having the sanction of the trial judge, under the repeated and uniform rulings of this and the Supreme Court, a reviewing court is powerless to interfere.

>Judgment affirmed. Broyles, P. J.; and Harwell, J., concur.
>DECIDED NOVEMBER 20, 1918.

Indictment for manufacturing whisky; from Randolph superior court—Judge Worrill. July 13, 1918.

*Charles W. Worrill,* for plaintiff in error.

*B. T. Castellow,* solicitor-general, *R. R. Arnold,* contra.

---

### 10050. EASTERLING v. THE STATE.

BLOODWORTH, J. 1. The excerpt from the charge of the court, complained of in the motion for a new trial, contains a correct statement of the law. If a fuller charge was desired an appropriate and timely written request should have been made therefor. "A correct statement of the law applicable to the case is not erroneous because the court failed in the same connection to give the jury other and fuller instructions." *Killian* v. *State,* 19 *Ga. App.* 750 (2) (92 S. E. 227); *Hill* v. *State,* 18 *Ga. App.* 259 (89 S. E. 351), and cases cited.

2. There was ample evidence to support the verdict.

>Judgment affirmed. Broyles, P. J., and Harwell, J., concur.
>DECIDED NOVEMBER 20, 1918.

Accusation of possessing intoxicating liquor; from city court of Reidsville—Judge Collins. July 30, 1918.

*A. S. Way, H. H. Elders,* for plaintiff in error.

*C. L. Cowart,* solicitor, contra.